UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| | : | |
| v. | : | Cr. No. 09-931 (FSH) |
| | : | |
| CRAIG HATCHER | : | CONTINUANCE ORDER |

A criminal indictment charging the defendant with knowing possession of a firearm after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1), having been filed on December 18, 2009; and the defendant having appeared before the Court for an initial appearance and arraignment on January 11, 2010; and the defendant having been represented by Lisa Mack, AFPD; and the defendant and his counsel being aware that a trial must ordinarily commence within seventy (70) days of indictment and appearance before the Court on this charge, pursuant to Title 18, United States Code, Section 3161(b); and no continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); the defendant hereby requests a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary for the defendant to enter a guilty plea; the Government having agreed to this continuance; and for good cause shown;

IT IS on this ___11th___ day of January, 2010,

ORDERED that from January 11ᵗʰ, 2010, to and including April 1, 2010, shall be excluded in calculating the time within which a trial must be commenced under the Speedy Trial Act for the following reasons:

1.  The defendant wishes to enter a guilty plea, and both the United States and the defendant desire additional time to enable him to do so, which would render trial of this matter unnecessary;

2.  The grant of a continuance will likely conserve judicial resources;

3.  Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

SEEN AND AGREED:

Randall H. Cook
Assistant U.S. Attorney

Lisa Mack, AFPD   PATRICK MCMAHON FOR LISA MACK
Counsel for Craig Hatcher

Honorable Faith S. Hochberg
United States District Judge